# MICHAEL A. SHEINBERG
### ATTORNEY AT LAW

50 COURT STREET
SUITE 702
BROOKLYN, N.Y. 11201

TEL. (718) 852-0079
FAX (718) 852-6086
EMAIL: MSHEIN1098@AOL.COM

September 21, 2022

The Honorable Ronnie Abrams

United States District Court Judge

40 Foley Square

New York, N.Y. 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 21, 2022

Re: United States v. Lakenya Hopkins  1:22 CR 00465 RA

Dear Judge Abrams,

I am asking the Court for a 1 week extension to September 30, 2022 on the requirement than Ms. Hopkins obtain an additional signature on her release bond. She is actively in the process of obtaining that signature. I spoke to both the Assistant United States Attorney, Eliabeth Daniels and Pretrial officer Marlon Ovalles who both consent to the request.

Thank you in advance for your consideration.

Very truly yours,

Michael A. Sheinberg