

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2022

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Lakenya Hopkins*, **22 Cr. 465**

Dear Judge Abrams:

In advance of the conference set for Monday, November 21, 2022 at 9:30 am in the above-referenced case, the Government writes respectfully to provide an update to the Court and present the parties' joint proposal regarding modifications to the defendant's conditions of release on bail. Defense counsel has informed the Government that the defendant is unable to secure the signature of one financially responsible person on the personal recognizance bond, a condition put in place to reasonably ensure the defendant's appearance. In the absence of this condition, the Government believes that an alternative condition is necessary to reasonably ensure appearance. The parties have conferred and jointly propose that the condition regarding the signature of one financially responsible person be replaced with a condition that the defendant be subject to standalone location monitoring with GPS. The Government has conferred also with Pretrial Services Officer Marlon Ovalles, who joins this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Lisa Daniels
Assistant United States Attorney
(212) 637-2955

---

For the reasons stated at today's conference, the proposed modification is granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 21, 2022