**MICHAEL A. SHEINBERG**
ATTORNEY AT LAW

50 COURT STREET
SUITE 702
BROOKLYN, N.Y. 11201

TEL. (718) 852-0079
FAX (718) 852-6086
EMAIL: MSHEIN1098@AOL.COM

February 6, 2023

The Honorable Ronnie Abrams

United States District Court Judge

40 Foley Square

New York, N.Y. 10007

A conference to address this matter is scheduled for February 15, 2023 at 11:30 a.m. The Court will request that the CJA duty attorney attend.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 7, 2023

Re: United States v. Lakenya Hopkins  1:22 CR 00465 RA

Dear Judge Abrams,

I am writing to request that I be relieved as counsel in Ms. Hopkins criminal matter before the Court. As of the writing of this letter Ms. Hopkins has been unable to meet her financial obligations to counsel. She has been unable to pay her retainer fee for my services and has informed me that there will be no possibility that she will be able to meet her financial obligations in the future.

This matter involves voluminous discovery which I have been looking through up to this point. I have discussed this discovery with Ms. Hopkins and have discussed this case with the government. I am informed that there is at least 4 or more terabytes of discovery yet to be turned over to counsel. Having to review that much discovery without being paid will be a hardship to myself as it will take hundreds of hours of my time.

I would ask the Court to appoint counsel for Ms. Hopkins as she has informed me she is indigent. If any further information is needed please let me know and I will provide it to the Court. I spoke with AUSA Elizabeth Daniels and made her aware of this request.  Thank you in advance for your attention to and consideration of this matter.

Very truly yours,

Michael A. Sheinberg