## MICHAEL A. SHEINBERG
### ATTORNEY AT LAW

50 COURT STREET
SUITE 702
BROOKLYN, N.Y. 11201

TEL. (718) 852-0079
FAX (718) 852-6086
EMAIL: MSHEIN1098@AOL.COM

February 8, 2023

Application granted. The conference is adjourned to February 16, 2023 at 9:30 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 8, 2023

The Honorable Ronnie Abrams

United States District Court Judge

40 Foley Square

New York, N.Y. 10007

Re: United States v. Lakenya Hopkins  1:22 CR 00465 RA

Dear Judge Abrams,

I am writing to request that the hearing on my motion to withdraw scheduled for February 15, 2023 at 11:30 am be moved to February 16, 2023 at 9:30 am if the Court can accommodate that time. I am picking a Jury next week in the Supreme Court of Kings County and we start at approximately 10:30 each day. If the 16th is not good for the Court I can appear on the 15th at 4:30pm or any other mutually agreed upon time. I spoke with AUSA Lisa Daniels and the above times work for the Government.

. Thank you in advance for your attention to and consideration of this matter.

Very truly yours,

Michael A. Sheinberg

cc. AUSA Elizabeth Daniels

Pre Trial Services Officer Marlon Ovalles