UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
       -against-                    :         ORDER
                                    :
                                    :
  Lakenya Hopkins                   :        22 Cr. 465 (RA)
                                    :        _____
                                    :          Docket #
------------------------------------x
```

_Ronnie Abrams_, **DISTRICT JUDGE**:
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, _Harvey Fishbein_ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC _2-16-2023_.

**SO ORDERED**.

_[signature]_

**UNITED STATES DISTRICT JUDGE**

February 16, 2023
**Dated:  New York, New York**