Application granted. By separate order, the Court has ordered a C.J.A. attorney to represent Ms. Hopkins in this matter for the purpose of her pending motion at ECF No. 57. New counsel shall file a letter updating the Court as to the status of the motion no later than September 4, 2024.

SO ORDERED.

_____
Hon. Ronnie Abrams
August 27, 2024

# Harvey Fishbein
──── Attorney At Law ────

111 Broadway, Suite 701
New York, New York 10006
Tel: (212) 233-9555
Fax: (212) 374-1506
hf@harveyfishbein.com

August 26, 2024

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
40 Foley Square
New York, NY 10007

        Re:    **United States v. Lakenya Hopkins**
                      **22 CR 465 (RA)**

Dear Judge Abrams:

      Pursuant to Your Honor's Order dated August 21, 2024, I write to inform the Court regarding my efforts to confer with my former client, Lakenya Hopkins regarding her Pro Se Motion filed with the Court on August 19, 2024. The Court construes that Motion as a request by Ms. Hopkins to stay her sentence while her appeal is pending before the Second Circuit. The Court has Ordered that I confer with Ms. Hopkins and advise the Court no later than today as to whether she wishes for me to continue to represent her at the District Court level, whether she wishes to continue pro se, or whether new counsel should be appointed.

      As the Court is aware, I have been relieved as Ms. Hopkins's counsel in the Second Circuit after she filed, without consulting with me, a Pro Se Notice of Appeal. The basis of my application to be relieved was that Ms. Hopkins had refused to inform me as to her reasons she believed an appeal was valid and because of the communications since sentencing before Your Honor in which she questioned my credibility. Additionally, in her application for the appointment of counsel in the Second Circuit, she made further claims of a conflict between us. As a result, Mr. James Branden, Esq. was appointed to represent her on the appellate matter. Unfortunately, Mr. Branden informs me that he is not a member of the CJA panel for the District Court.

In compliance with Your Honor's Order, I have attempted to confer with Ms. Hopkins by email, telephone, and text, but have been unsuccessful in receiving any response from her. Although I have not heard from Ms. Hopkins, I believe that it would be a conflict, for the reasons stated above, for me to continue being her attorney in the District Court matter. Accordingly, I respectfully request that I be relieved as counsel and that new counsel be appointed.

                                  Respectfully Requested,
                                                  /s/
                                     Harvey Fishbein

cc:    AUSA Matthew King (via ECF)