UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAKENYA HOPKINS,<br><br>Defendant. | No. 22-CR-465 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The C.J.A. attorney assigned to receive cases on this day is hereby ordered to assume representation of the defendant in the above-captioned matter, for purposes of her pending motion at ECF No. 57.

SO ORDERED.

Dated:   August 27, 2024
         New York, New York

                                             _____
                                             Ronnie Abrams
                                             United States District Judge